THE PEOPLE OF THE STATE OF NEW YORK ex rel. S. J. GROVES & SONS COMPANY, INC., Appellant, *v.* JAMES A. HAMILTON, as State Industrial Commissioner, Respondent.

(Argued May 13, 1930; decided June 3, 1930.)

*Charles B. Sullivan* and *Benjamin McClung* for appellant.

*Hamilton Ward,* Attorney-General (*E. J. Grogan, Jr.,* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.